| United States Bankruptcy Court<br>**District of New Hampshire** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jackson Energy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0474156** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**30 Howard Hill Rd.**<br>**Jaffrey, NH**<br>ZIP Code **03452** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cheshire** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

#### Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

#### Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jackson Energy, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Jackson Energy, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Peter N. Tamposi**
Signature of Attorney for Debtor(s)

**Peter N. Tamposi**
Printed Name of Attorney for Debtor(s)

**The Tamposi Law Group, P.C.**
Firm Name

**159 Main St.**
**Nashua, NH 03060**

_____
Address

**Email: peter@thetamposilawgroup.com**
**603-204-5513  Fax: 603-204-5515**
Telephone Number

**June 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sadie Jackson**
Signature of Authorized Individual

**Sadie Jackson**
Printed Name of Authorized Individual

**Agent appointed by Probate Court**
Title of Authorized Individual

**June 30, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of New Hampshire

In re **Jackson Energy, LLC**

_____
Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$161,736.00** | **2009:** |
| **$150,000.00** | **2010 (EST)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Total Energy Solutions, LLC v. Jackson energy, LLC et al.** | **Civil** | **Cheshire County Superior Court** | **Pending** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Total Energy Solutions** | **Petition to attach pending (neither granted nor recorded)** | **$95,000** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **The Tamposi Law Group, P.C.** **159 Main St.** **Nashua, NH 03060** | | **$4,700** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Marc Menard** | **Since inception of company** |
| **Peterborough, NH 03458** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| **Sadie Jackson conducted an inventory for filing. It is attached to Schedule B.** | | |

☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Sadie Jackson conducted an inventory for filing.  It is attached to Schedule B.** | **Sadie Jackson** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bradley C. Jackson (deceased)** | | **Bradley Jackson was 100% owner of Jackson Energy.  Sadie Jackson has been apointed the agent to manage the affairs of Jackson Energy. Attached hereto is the order the Chechsire County Superior Court authorizing such authority.** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# United States Bankruptcy Court
### District of New Hampshire

In re __Jackson Energy, LLC__        Case No. _____

                                          Debtor(s)      Chapter    __7__ _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

     I, **Sadie Jackson**, declare under penalty of perjury that I am the **Agent appointed by the Cheshire County Probate Court** and that the attached is an order of that Court authorizing me to administer the affairs of Jackson Energy, LLC, including the filing of a a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

Date __June 15, 2011__ _____      Signed   **/s/ Sadie Jackson** _____

                                                                      **Sadie Jackson**

STATE OF NEW HAMPSHIRE

CHESHIRE COUNTY

PROBATE COURT

IN RE: Estate of Bradley C. Jackson
Docket No. 313-2011-ET-00119

**MOTION FOR AUTHORITY**

Jeffrey R. Crocker, (the "Petitioner"), in his capacity as Special Administrator of the
Estate of Bradley C. Jackson (the "Decedent"), late of Jaffrey, Cheshire County, New Hampshire,
respectfully seeks the authority to have the Court appoint Sadie H. Jackson to act as the duly
appointed agent on behalf of Jackson Energy, LLC, and in support thereof states as follows:

1.       The Decedent died late of Jaffrey, New Hampshire on February 17, 2011.

2.       The Petitioner was appointed as Special Administrator of the Decedent's Estate
by this Court on March 18, 2011.

3.       The Decedent was the sole member of Jackson Energy, LLC, a New Hampshire
limited liability company.

4.       The Certificate of Formation of Jackson Energy, LLC, filed with the New
Hampshire Secretary of State on June 26, 2007 indicates that management of the Company is in
its members. A copy of the Certificate of Formation is attached hereto as Exhibit A.

5.       Upon information and belief, the Company has insufficient assets to pay its
creditors and should seek relief under Chapter 7 of the Bankruptcy Code.

6.       In addition, other matters will require the authority of a duly appointed agent
acting on behalf of the Company.

7.      Upon information and belief, the Company possesses a quantity of #2 home heating oil which should be sold as soon as possible to another home heating oil dealer.

8.      Upon information and belief, the petition for bankruptcy should be brought by an interested party other than the legal representative of the Decedent's Estate.

9.      Sadie H. Jackson is the surviving spouse of the decedent and would be the most appropriate person to serve as agent for the Company as she possess knowledge with regard to the business of the Company.

WHEREFORE, the Petitioner respectfully requests that this Court:

A.      Appoint Sadie H. Jackson as the duly authorized agent to manage all of the business affairs of Jackson Energy, LLC, including the authority over all banking matters with full authority to execute checks, transfer funds and close-out bank accounts and arrange to file for bankruptcy on behalf of the Company;

B.      Authorize the agent to sell all #2 home heating oil in possession of Jackson Energy, LLC; and

C.      Order such other and further relief as this Court deems just and proper.

Respectfully submitted,
Jeffrey R. Crocker, Special Administrator
Estate of Bradley C. Jackson

_____

Jeffrey R. Crocker, Esquire
NH Bar #195
Tower & Crocker, P.A.
47 Main Street, P O Box 510
Jaffrey, New Hampshire 03452
(603) 532-7731

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Cheshire Probate Court
12 Court St.
Keene NH 03431

Telephone: (603) 357-7786
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DECISION

JEFFREY R. CROCKER, ESQ
TOWER & CROCKER PA
47 MAIN STREET
PO BOX 510
JAFFREY NH 03452

Case Name:     **Estate of Bradley C. Jackson**

Case Number:   **313-2011-ET-00119**

On April 19, 2011, Judge Albert H. Weeks issued orders relative to:

Motion for Authority
See enclosed copy.

Any Motion for Reconsideration must be filed with this court by April 30, 2011. Any appeals to the Supreme Court must be filed by May 20, 2011.

April 20, 2011

Anna Z. Tilton
Register of Probate

C:



7. Upon information and belief, the Company possesses a quantity of #2 home heating oil which should be sold as soon as possible to another home heating oil dealer.

8. Upon information and belief, the petition for bankruptcy should be brought by an interested party other than the legal representative of the Decedent's Estate.

9. Sadie H. Jackson is the surviving spouse of the decedent and would be the most appropriate person to serve as agent for the Company as she possess knowledge with regard to the business of the Company.

WHEREFORE, the Petitioner respectfully requests that this Court:

A. Appoint Sadie H. Jackson as the duly authorized agent to manage all of the business affairs of Jackson Energy, LLC, including the authority over all banking matters with full authority to execute checks, transfer funds and close-out bank accounts and arrange to file for bankruptcy on behalf of the Company;

B. Authorize the agent to sell all #2 home heating oil in possession of Jackson Energy, LLC; and

C. Order such other and further relief as this Court deems just and proper.

Respectfully submitted,
Jeffrey R. Crocker, Special Administrator
Estate of Bradley C. Jackson

_Jeffrey R. Crocker_
Jeffrey R. Crocker, Esquire
NH Bar #195
Tower & Crocker, P.A.
47 Main Street, P O Box 510
Jaffrey, New Hampshire 03452
(603) 532-7731

_Order_
_Motion is hereby GRANTED._
_A's A and B, above, are_
_ordered in their entirety_
_as if restated herein. See_
_RSA 553:22_

_Albert weeks_ 4/19/11
ALBERT H. WEEKS, JUDGE OF PROBATE

Resolution of Board of Directors
of
**Jackson Energy, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sadie Jackson, Agent appointed by Probate Court** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Sadie Jackson, Agent appointed by Probate Court** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Sadie Jackson, Agent appointed by Probate Court** of this Corporation is authorized and directed to employ **Peter N. Tamposi**, attorney and the law firm of **The Tamposi Law Group, P.C.** to represent the corporation in such bankruptcy case.

Date  **June 15, 2011**                          Signed _____

Date  **June 15, 2011**                          Signed _____

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 30, 2011**          Signature **/s/ Sadie Jackson**

**Sadie Jackson**
**Agent appointed by Probate Court**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re    **Jackson Energy, LLC**                      ,      Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Jackson Energy, LLC**                                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Savings Bank of Walpole**<br>**84 Marlboro St.**<br>**PO Box 744**<br>**Keene, NH 03431** | - | 102.41 |
| | | **Cash in escrow account of Tamposi Law Group** | - | 26,172.83 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD  Bank Checking account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **26,275.24**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re    **Jackson Energy, LLC**            ,        Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Uncashed checks from customers (see attached schedule)** | - | 30,109.11 |
| | | **Accounts receivable (list to be provided)** | - | 26,578.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                      Sub-Total >     **56,687.11**

                                 (Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

# Jackson Energy
## Docket No.: 11_

| Payor | Address | Date | Check No. | Amount |
|---|---|---|---|---|
| Mcgilvery, James & Patricia | 28 Greenbriar Road, Keene, NH 03431 | 3/9/2011 | 38247003 | $ 250.00 |
| Harris, Kelsey | P.O. Box 516, Spofford, NH 03462 | 3/1/2011 | 211 | $ 619.90 |
| Leclair, Richard | 4 Sunset Point, North Swanzey, NH 03431 | 3/10/2011 | 525 | $ 523.55 |
| Stevens, Charles | 188 Forest Ave., Swanzey, NH 03446 | 2/28/2011 | 10368689 | $ 308.00 |
| Santaw, Timothy | 15 Harvey Lane, Swanzey, NH 03446-3111 | 2/24/2011 | 32137274 | $ 200.00 |
| Westmoreland School District | Westmoreland, NH | 2/17/2011 | 8003576 | $ 1,061.55 |
| Fairfield's Cadillac-Buick | 434 Winchester St., P.O. Box 684, Keene, NH 03431 | 2/17/2011 | 64619 | $ 4,696.68 |
| Southwestern Community Services, Inc. | P.O. Box 603, Keene, NH 03431-0603 | 2/17/2011 | 27167 | $ 1,679.70 |
| Ballaro, Jodie | 242 Concord Road, Keene, NH 03431 | 3/2/2011 | 35199409 | $ 300.00 |
| Joseph, Joan and Todd | 15 Lee Farm Road, Hancock, NH 03449 | 2/20/2011 | 1387 | $ 1,900.00 |
| Galibeau, Charles A., Sr. | 31 Robbins Street, Hinsdale, Nh 03451 | 2/28/2011 | 622 | $ 100.00 |
| Madden, Sanra G. obo Harry MacKenzie | No address given | 2/28/2011 | 1538 | $ 735.65 |
| Thompson, Nancy L. | 573 West St., Apt. 3 | 2/17/2011 | 418 | $ 329.90 |
| Daley, Diane F. | 35 Salisbury Road, Keene, NH 03431 | 2/16/2011 | 1312 | $ 329.90 |
| Kress, Melissa L. | 573 West Street, Apt. 1 | 2/17/2011 | 2028 | $ 329.90 |
| Lamb, John | 140 Church Street, Apt. 2, Keene, NH 03431 | 2/17/2011 | 344 | $ 329.90 |
| Blackwood, Kathleen and Ken | 189 Skyline Drive, Keene, NH 03431 | 2/19/2011 | 1862 | $ 457.92 |
| Kilarand, Benjamin & Cadence Mapes | 22 Union Street, Peterborough, NH 03458 | 2/15/2011 | 108 | $ 495.00 |
| The First Church in Jaffrey | P.O. Box 673, Jaffrey, NH 03452 | 2/20/2011 | 1799 | $ 5.72 |
| Burrows, Allison & Romass Kukalis | 389 Pako Ave., Keene, NH 03431 | 2/21/2011 | 456 | $ 556.17 |
| Santorelli, Anthony | 109 Prospect Hill, Walpole, NH 03608 | 2/18/2011 | 3001 | $ 467.80 |
| Strom, Marilyn and Eugene Leonard | 75 Hinsdale Heights, Hinsdale, NH 03451 | 2/18/2011 | 2479 | $ 262.38 |
| Reno Engineering | Reno Road, Marlow, NH 03456 | 2/17/2011 | 5830 | $ 661.78 |
| Morel, Jeffrey | 684 Old Walpole Road, Surry, NH 03431 | 2/17/2011 | 3723 | $ 612.62 |
| Foster, David d/b/a Loam Plus | P.O. Box 254, Rindge, NH 03461 | 2/18/2011 | 1671 | $ 1,507.27 |
| Town of Fitzwilliam | P.O. Box 725, Fitzwilliam, NH 03447 | 2/17/2011 | 59832 | $ 1,094.14 |
| Omalley, Karla | 19 Hughgill Road, Rindge, NH 03461 | 2/16/2011 | 5087 | $ 531.86 |
| Labelle, Timothy H. | P.O. Box 1682, Keene, NH 03431 | 2/18/2011 | 937 | $ 200.00 |
| Town of Nelson | 7 Nelson Common Road, Nelson, NH 03457 | 2/16/2011 | 14552 | $ 868.82 |

| | | | | | |
|---|---|---|---|---|---|
| Kaplan, Daniel J. | 94 School Street, Keene, NH 003431-3314 | 2/16/2011 | 29962794 | $ | 1,024.01 |
| J. Bobella Realty, LLC | 196 Washington St., Keene, NH 03431 | 2/16/2011 | 389 | $ | 686.21 |
| Sinclair, Claude & Constance | 32 Porter Lane, Marlborough, NH 03455 | 2/16/2011 | 2384 | $ | 643.80 |
| Grant, Janet S. | 36 Thorndike Pond Road, Jaffrey NH 03452 | 2/14/2011 | 4216 | $ | 425.99 |
| Ballaro, Jodie | 242 Concord Road, Keene, NH 03431 | 2/16/2011 | 29545025 | $ | 300.00 |
| Digz Excavating of Rindge, LLC | P.O. Box 137, Rindge, NH 03461 | 2/16/2011 | 3677 | $ | 521.44 |
| Castine, Sandy | 31 Park Street, Keene, NH 03431 | 2/16/2011 | 14-239060910 | $ | 280.00 |
| Bemis, Cheryl A. | 12 Clark Circle, Keene, NH 03431 | 2/22/2011 | 31334172 | $ | 841.76 |
| Smith, Lisa and Louis | 680 Swanzey Lake Road, Swanzey, NH 03446 | 2/15/2011 | 2861 | $ | 609.80 |
| Tom Kat Holdings, LLC | Sears Drive, Rindge, NH 03461 | 2/17/2011 | 30139924 | $ | 1,302.69 |
| Gaillardetz, David | 273 Old Homestead Highway, Swanzey, NH 03446 | 2/18/2011 | 484 | $ | 494.85 |
| Kierstead, Marilyn | 7 Wilder Road, Hancock, NH 03449 | 2/14/2011 | 3706 | $ | 494.85 |
| State of New Hampshire | Judicial Branch | 6/7/2011 | 41172 | $ | 1,067.60 |
| | | | | $ | 30,109.11 |

In re   **Jackson Energy, LLC**                     ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various equipment (see attached list)** | - | 1,597.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,597.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 84,559.35 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Jackson Energy, LLC - Inventory

| Item | Description | Estimated Value |
|---|---|---|
| File Cabinet | 48" green lateral 3 drawer file | $ 40 |
| File Cabinet | 48" green lateral 3 drawer file | $ 40 |
| File Cabinet | 48" green lateral 3 drawer file | $ 40 |
| File Cabinet | 48" gray lateral 2 drawer file | $ 20 |
| Office Chair | Green fabric office chair | $ 5 |
| Office Chair | Green fabric office chair | $ 5 |
| Office Chair | Green fabric office chair | $ 5 |
| Office Chair | Green fabric office chair | $ 5 |
| Office Supplies | Assorted office supplies including, but not limited too, plastic letter holders, envelopes, paper, pens, clips, etc… | $ 20 |
| Computer | Dell desktop computer tower | $ 25 |
| Computer | Dell desktop computer tower | $ 50 |
| Computer | Dell desktop computer tower | $ 50 |
| Computer | HP Pavilion desktop computer tower | $ 50 |
| Monitor | Dell computer monitor | $ 20 |
| Monitor | Dell computer monitor | $ 20 |
| Monitor | Dell computer monitor | $ 20 |
| Monitor | IBM computer monitor | $ 20 |
| Surge Protector | PC Surge Protector | $ 15 |
| Surge Protector | PC Surge Protector | $ 15 |
| Surge Protector | PC Surge Protector | $ 15 |
| Keyboard | Logitech computer keyboard | $ 5 |
| Keyboard | HP computer keyboard | $ 5 |
| Fax/Copy | Brother fax/copy/scan machine | $ 50 |
| Printer | Okidata Microline Printer w- printer stand | $ 15 |
| Printer | HP Deskjet Printer | $ 15 |
| Adding machine | Sharp adding machine | $ 15 |
| Adding machine | Sharp adding machine | $ 15 |
| Adding machine | Staples adding machine | $ 15 |
| Telephone System | Toshiba telephone sysytem - set of four | $ 40 |
| Clock radio | Clock radio | $ 2 |
| Coffee Maker | Krups coffee maker | $ 5 |
| Oil Delivery Supplies | Assorted oil delivery supplies including, but not limited to, package of gloves, 2 ticket holder boxes, oil spill pads, signage | $ 50 |
| Skid Tank | 500 gallon skid tank - like new | $ 200 |
| Skid Tank | 250 gallon skid tank - like new | $ 100 |
| Skid Tank | 250 gallon skid tank - like new | $ 100 |
| Skid Tank | 250 gallon skid tank w- attachments | $ 125 |
| Subzero | 2 boxes "Subzero" pour point depressant | $ 10 |
| Pump | 10 gallon rotary hand pump - new | $ 50 |
| Pump | 10 gallon rotary hand pump - new | $ 50 |
| Pump | 15 gallon manual pump - new | $ 50 |
| Pump | 15 gallon manual pump - new | $ 50 |
| Pump | 15 gallon 12 volt electric pump - new | $ 50 |
| Pump | 25 gallon piston hand pump - new | $ 50 |
| Pump | 50 gallon piston hand pump - new | $ 50 |
| | **TOTAL ON HAND** | **$ 1,597** |

In re   **Jackson Energy, LLC**                          Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

In re    **Jackson Energy, LLC**                                 ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__   continuation sheets attached

In re  **Jackson Energy, LLC**                                                    ,        Case No. _____

                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1624** <br><br> **Gena Hotaling** <br> **58 Squantum Road** <br> **Jaffrey, NH 03452-0632** | - | | **Wages** | | | | 2,160.00 | 0.00 <br><br> 2,160.00 |
| Account No. <br><br> **John Bates** <br> **204 Elm Street** <br> **Keene, NH 03431** | - | | **Wages** | | | | **Unknown** | **Unknown** <br><br> 1,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 <br> 2,160.00 | <br> 3,160.00 |
| Total <br> (Report on Summary of Schedules) | 0.00 <br> 2,160.00 | <br> 3,160.00 |

In re **Jackson Energy, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Pre-paid fuel | | | | |
| **Adam Wright** **19 Chase Place** **Keene, NH 03431** | | | | | | | | | 1,800.00 |
| Account No. **JAKCSON** | | - | | | | | | | |
| **Adams & Fogg Oil Equipment Co.** **309 US Route 1** **Bangor, ME 04401** | | | | | | | | | 991.03 |
| Account No. | | - | | | Pre-paid fuel | | | | |
| **Alan Farrington** **3 Nuhfer Drive** **Columbia, CT 06237** | | | | | | | | | 500.91 |
| Account No. | | - | | | Pre-paid fuel | | | | |
| **Albert Dionne** **21 Griffin Street** **Keene, NH 03431** | | | | | | | | | 399.40 |

__33__ continuation sheets attached

Subtotal (Total of this page) 3,691.34

In re **Jackson Energy, LLC** ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3431** <br><br> **American Business Forms** <br> **7134 Brangles Road** <br> **Marriottsville, MD 21104** | - | | Office expense | | | | 742.50 |
| Account No. <br><br> **Annabelle Pike** <br> **P.O. Box 494** <br> **West Chesterfield, NH 03466** | - | | Pre-paid fuel | | | | 816.60 |
| Account No. <br><br> **Barbara Croteau** <br> **88 Diane Drive** <br> **Swanzey, NH 03446** | - | | Pre-paid fuel | | | | 553.80 |
| Account No. <br><br> **Barbara Joseph** <br> **40 Jacquith Road** <br> **Hancock, NH 03449** | - | | Pre-paid fuel | | | | 762.39 |
| Account No. <br><br> **Brattleboro Radio Group** <br> **458 Williams Street** <br> **Brattleboro, VT 05301** | - | | Advertising | | | | 135.00 |

Sheet no. __1__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,010.29**

In re  **Jackson Energy, LLC**                                          ,          Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4795** <br><br> **BWP Distributors, Inc.** <br> **P.O. Box 18910** <br> **Newark, NJ 07191-8910** | - | | | | | | 81.85 |
| Account No. <br><br> **Carole Wright** <br> **52 Arch Street** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | 568.50 |
| Account No. <br><br> **Charles & Janet Pace** <br> **P.O. Box 426** <br> **Fitzwilliam, NH 03447** | - | | Pre-paid fuel | | | | 1,867.28 |
| Account No. <br><br> **Cheryl Bagster** <br> **82 Eastern Avenue** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | 602.91 |
| Account No. <br><br> **Cheryl Bemis** <br> **12 Clark Circle** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | 767.25 |

Sheet no. __2__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,887.79**

In re **Jackson Energy, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Pre-paid fuel | | | | |
| **Cheryl Gallen** **59 Baker's Corner Road** **Marlow, NH 03456** | | | | | | | | 899.93 |
| Account No. | | - | | Pre-paid fuel | | | | |
| **Chesterfield Elementary School** **P.O.Box 205** **Chesterfield, NH 03443** | | | | | | | | 9,444.26 |
| Account No. | | - | | Pre-paid fuel | | | | |
| **Chris & Rick Watkins** **63 Park Avenue** **Keene, NH 03431** | | | | | | | | 623.84 |
| Account No. | | - | | Pre-paid fuel | | | | |
| **Chris Ruggiero** **1 Merriam Road** **Walpole, NH 03608** | | | | | | | | 998.62 |
| Account No. xxxx-xxxx-xxxx-4154 | | - | | Credit Card | | | | |
| **CitiBusiness Card** **P.O. Box 183051** **Columbus, OH 43218-3051** | | | | | | | | 3,599.82 |

Sheet no. **3** of **33** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,566.47

In re **Jackson Energy, LLC**                                          Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx6560** | | | | | Office equipment expense | | | | |
| Computer Solutions of Keene 117 Main Street Keene, NH 03431 | - | | | | | | | | 514.50 |
| Account No. **xx5514** | | | | | | | | | |
| Concord Hospital 250 Pleasant Street Concord, NH 03301 | - | | | | | | | | 60.00 |
| Account No. **xxxxxxx0723** | | | | | Notice Only Collection agency for SuperMedia, LLC | | | | |
| Credit Watch P.O. Box 156269 Fort Worth, TX 76155-1269 | - | | | | | | | | 0.00 |
| Account No. | | | | | Pre-paid fuel | | | | |
| Dan & Kay Georgina 41 Douglass Street Keene, NH 03431 | - | | | | | | | | 577.32 |
| Account No. | | | | | Pre-paid fuel | | | | |
| Dave Martel 64 Corbin Road Alstead, NH 03602 | - | | | | | | | | 1,434.43 |

Sheet no. __4__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    2,586.25

In re  **Jackson Energy, LLC**                  ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David & Emily Goldsmith** <br> **216 Gilsum Street** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | **415.11** |
| Account No. <br><br> **David Biloudeau** <br> **15 Winters Way** <br> **Rindge, NH 03461** | - | | Pre-paid fuel | | | | **Unknown** |
| Account No. <br><br> **David Crossman** <br> **1391 County Road** <br> **Walpole, NH 03608** | - | | Pre-paid fuel | | | | **972.45** |
| Account No. <br><br> **David Smith** <br> **279 Swanzey Lake Road** <br> **Swanzey, NH 03446** | - | | Pre-paid fuel | | | | **277.94** |
| Account No. <br><br> **Dean Erickson** <br> **26 Griffin Street** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | **935.63** |

Sheet no. __5__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,601.13**

In re **Jackson Energy, LLC**                                                Case No. _____
_____,
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pre-paid fuel | | | | |
| **Debbie Chauvin** **9 Split Oak Extension** **Chesterfield, NH 03443** | - | | | | | | | 2,506.48 |
| Account No. | | | | | | | | |
| **Dennis K. Burke, Inc.** **248 Eastern Avenue** **Chelsea, MA 02150** | - | | | | | | | 30,402.95 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Deryl Ewell** **389 Chapman Road** **Keene, NH 03431** | - | | | | | | | 1,527.41 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Diane Flagg** **37 Abel Road** **Rindge, NH 03461** | - | | | | | | | 637.49 |
| Account No. | | | | Advertising | | | | |
| **Direct Mail** **P.O. Box 5359** **McAllen, TX 78502** | - | | | | | | | 242.00 |

Sheet no. __6___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                35,316.33

In re **Jackson Energy, LLC**                                      Case No. _____
                                                      ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7050** | | | Credit Card | | | | |
| **Discover** **PO Box 6103** **Carol Stream, IL 60197-6103** | - | | | | | | 1,963.16 |
| Account No. | | | Pre-Paid fuel | | | | |
| **Donald & Segrid Finley** **85 Water Street** **Marlborough, NH 03455** | - | | | | | | 34.67 |
| Account No. | | | Pre-paid fuel | | | | |
| **Donald Mackey** **96 North Shore Road** **Spofford, NH 03462** | - | | | | | | 760.78 |
| Account No. | | | Pre-paid fuel | | | | |
| **Ed Callahan** **333 Middle Winchendon Road** **Rindge, NH 03461** | - | | | | | | 1,524.00 |
| Account No. | | | Pre-paid fuel | | | | |
| **Edward Boudreau** **423 Nutting Road** **Jaffrey, NH 03452** | - | | | | | | 592.94 |

Sheet no. __7__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,875.55

In re **Jackson Energy, LLC**                                    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Emily Graves**<br>**135 Kennedy Drive**<br>**Keene, NH 03431** | - | | Pre-paid fuel | | | | 669.93 |
| Account No. **xx3380**<br><br>**Environmental Compliance Services, Inc.**<br>**588 Silver Street**<br>**Agawam, MA 01001** | - | | Fuel | | | | 15,000.00 |
| Account No.<br><br>**Eugene Woodward**<br>**P.O. Box 383**<br>**Marlborough, NH 03455** | - | | Pre-paid fuel | | | | 789.37 |
| Account No. **xxx xxx xxx5 966**<br><br>**FairPoint Communications**<br>**P.O. Box 11021**<br>**Lewiston, ME 04243-9472** | - | | Utility expense | | | | 1,989.00 |
| Account No.<br><br>**First Congregational Church of Swanzey**<br>**P.O. Box 10041**<br>**Gilsum, NH 03448** | - | | Pre-paid fuel | | | | 3,275.26 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         21,723.56

In re __Jackson Energy, LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **First Data Services** 5251 Westheimer Rd. Houston, TX 77056-5404 | - | | | | | | 1,877.53 |
| Account No. **xxxxx-xxxx-xxx2552** **First Insurance Funding Corp.** P.O. Box 66468 Chicago, IL 60666-0468 | - | | | | | | 4,761.72 |
| Account No. **xx6954** **FleetPride** P.O. Box 281811 Atlanta, GA 30384-1811 | - | | | | | | 250.06 |
| Account No. **Florence Pardus** 76 Blossom Street Keene, NH 03431 | - | | Pre-paid fuel | | | | 303.80 |
| Account No. **Fran's of Keene, Inc.** P.O. Box 1058 Keene, NH 03431 | - | | | | | | 1,390.00 |

Sheet no. __9___ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,583.11

In re **Jackson Energy, LLC**                                                          Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| **Franklin Sibley** **15 Hillside Acres** **Walpole, NH 03608** | - | | | | | | 1,176.69 |
| Account No. | | | Pre-paid fuel | | | | |
| **George & Carol Goulet** **P.O. Box 107** **Chesterfield, NH 03443** | - | | | | | | 1,160.00 |
| Account No. | | | Pre-paid fuel | | | | |
| **George Michaeldes** **18 Arch Street** **Keene, NH 03431** | - | | | | | | 882.34 |
| Account No. | | | Pre-paid fuel | | | | |
| **Gilsum Congregational Church** **P.O. Box 86** **Gilsum, NH 03448** | - | | | | | | 698.07 |
| Account No. | | | Pre-paid fuel | | | | |
| **Gloria Ruff** **12 Liberty Lane** **Keene, NH 03431** | - | | | | | | 455.23 |

Sheet no. __10__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    4,372.33

In re **Jackson Energy, LLC**                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hampshire Fire Protection Co. Inc. 8 N. Wentworth Ave. Londonderry, NH 03053 | - | | | | | | 48.00 |
| Account No. | | | Pre-paid fuel | | | | |
| Hanspeter Weber 22 Douglass Street Keene, NH 03431 | - | | | | | | 578.17 |
| Account No. | | | Pre-paid fuel | | | | |
| Helen Schink 32 Prospect Street Jaffrey, NH 03452 | - | | | | | | 993.26 |
| Account No. | | | Pre-paid fuel | | | | |
| Ilona Kwiecien 224 Ingalls Road Jaffrey, NH 03452 | - | | | | | | 634.50 |
| Account No. | | | Advertising | | | | |
| Instant Replay P.O. Box 9 Keene, NH 03431 | - | | | | | | 145.00 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      2,398.93

In re **Jackson Energy, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | - | Pre-paid fuel | | | | |
| Jack & Claire Fabian 7 Partridgeberry Lnae Keene, NH 03431 | | | | | | | 1,339.60 |
| Account No. | | - | Pre-paid fuel | | | | |
| James Meehan 659 Marlboro Street Keene, NH 03431 | | | | | | | 1,008.84 |
| Account No. | | - | Pre-paid fuel | | | | |
| Jen English 29 Pine Ave. Keene, NH 03431 | | | | | | | Unknown |
| Account No. | | - | Pre-paid fuel | | | | |
| Jim Long 77 Sullivan Street Keene, NH 03431 | | | | | | | 1,275.76 |
| Account No. | | - | Pre-paid fuel | | | | |
| Jim Michaels 55 Dickson Road Keene, NH 03431 | | | | | | | 555.15 |

Sheet no. __12__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,179.35**

In re **Jackson Energy, LLC**                                    Case No. _____
_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| Joe Frigon 320 Hancock Road Harrisville, NH 03450 | | - | | | | | 277.62 |
| Account No. | | | Pre-paid fuel | | | | |
| John & Rita Johnson 104 Kendall Road Keene, NH 03431 | | - | | | | | 268.71 |
| Account No. | | | Pre-paid fuel | | | | |
| John Bordanet 22 Woodbury Street Keene, NH 03431 | | - | | | | | 694.04 |
| Account No. | | | Pre-paid fuel | | | | |
| Jonathan Powers 100 Howard Street Keene, NH 03431 | | - | | | | | 716.03 |
| Account No. | | | Pre-paid fuel | | | | |
| Joseph & Sonia Sawyer 632 River Road Walpole, NH 03608 | | - | | | | | 656.69 |

Sheet no. __13__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,613.09

In re   **Jackson Energy, LLC**                    ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joyce Forcier** <br> **7 Old Homestead Highway** <br> **Keene, NH 03431** | - | | | | | | 67.31 |
| Account No. <br><br> **JP Noonan Transportation Inc.** <br> **P.O. Box 400** <br> **West Bridgewater, MA 02379-0400** | - | | | | | | 11,261.49 |
| Account No. **xx0400** <br><br> **JP&B Truck & Auto Service** <br> **5 May Ave.** <br> **Keene, NH 03431** | - | | | | | | 117.81 |
| Account No. <br><br> **Karen House** <br> **45 Trowbridge Road** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | 402.91 |
| Account No. <br><br> **Karen Nadeau** <br> **28 Thorndike Pond Road** <br> **Jaffrey, NH 03452** | - | | Pre-paid fuel | | | | 600.73 |

Sheet no. __**14**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           | **12,450.25**
(Total of this page)

In re **Jackson Energy, LLC** ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| **Karen Ogg** **P.O. Box 129** **Marlborough, NH 03455** | - | | | | | | 529.80 |
| Account No. | | | Pre-paid fuel | | | | |
| **Kathy & Steve Bill** **69 Boxer Street** **Keene, NH 03431** | - | | | | | | 597.61 |
| Account No. | | | Pre-paid fuel | | | | |
| **Keating Marlboro Street, LLC** **P.O. box 341** **Marlborough, NH 03455** | - | | | | | | 205.85 |
| Account No. | | | Pre-paid fuel | | | | |
| **Kenneth King** **13 Worcester Street** **Keene, NH 03431** | - | | | | | | 230.47 |
| Account No. | | | Pre-paid fuel | | | | |
| **Kevin Pond** **16 Pine Street** **Hinsdale, NH 03451** | - | | | | | | Unknown |

Sheet no. __15__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,563.73**

In re   **Jackson Energy, LLC**                                           ,          Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pre-paid fuel | | | | |
| Kevin Sarringer 9 Indian Acres Hinsdale, NH 03451 | | - | | | | | | 755.49 |
| Account No. | | | | Pre-paid fuel | | | | |
| Kevin Starkey 102 Colonial Drive Keene, NH 03431 | | - | | | | | | 326.59 |
| Account No. | | | | Pre-paid fuel | | | | |
| Lindsey Ellis 30 Alstead Hill Road Gilsum, NH 03448 | | - | | | | | | 410.86 |
| Account No. | | | | Pre-paid fuel | | | | |
| Lisa & Jerrold Schucart 35 Woodridge Road Keene, NH 03431 | | - | | | | | | 299.65 |
| Account No. | | | | Pre-paid fuel | | | | |
| Loretta Anderson 221 Abel Road Chesterfield, NH 03443 | | - | | | | | | 361.35 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,153.94

In re **Jackson Energy, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| Madeline Kadle P.O. Box 41 Keene, NH 03431 | - | | | | | | 3,053.53 |
| Account No. | | | | | | | |
| Main Street Acquisition Corp. P.O.Box 5663 Hicksville, NY 11802-5663 | - | | | | | | 182.00 |
| Account No. | | | Pre-paid fuel | | | | |
| Malcolm Fayer 9 Lucinda Terrace Keene, NH 03431 | - | | | | | | 686.20 |
| Account No. | | | Pre-paid fuel | | | | |
| Margaret Bleeker 77 Gunn Road Keene, NH 03431 | - | | | | | | 1,185.88 |
| Account No. | | | Pre-paid fuel | | | | |
| Marilyn Parroli 259 Main Street Marlborough, NH 03455 | - | | | | | | 507.81 |

Sheet no. __17__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,615.42

In re   **Jackson Energy, LLC**                                  ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Krider**<br>**119 Fernwood Road**<br>**Stoddard, NH 03464** | - | | Pre-paid fuel | | | | **960.00** |
| Account No.<br><br>**Marlow School District**<br>**John D. Perkins School**<br>**919 Route 10**<br>**Peterborough, NH 03458** | - | | Pre-paid Fuel | | | | **886.39** |
| Account No.<br><br>**Martin Decatur**<br>**14 Longmeadow Drive**<br>**Troy, NH 03465** | - | | Pre-paid fuel | | | | **Unknown** |
| Account No.<br><br>**Mary Kmet-Campbell**<br>**P.O. Box 293**<br>**Spofford, NH 03462** | - | | Pre-paid fuel | | | | **611.65** |
| Account No.<br><br>**Melissa Matthews**<br>**19 Trowbridge Road**<br>**Keene, NH 03431** | - | | Pre-paid fuel | | | | **449.24** |

Sheet no. __18__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal<br>              (Total of this page)      **2,907.28**

In re **Jackson Energy, LLC**                                                    Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Merchantile Adjustment Bureau** **6341 Inducon Drive East** **Sanborn, NY 14132-9097** | - | | | | | | 320.40 |
| Account No. | | | Pre-paid fuel | | | | |
| **Michael Hannon** **58 Woodland Heights Drive** **Swanzey, NH 03446** | - | | | | | | 1,118.04 |
| Account No. | | | Pre-paid fuel | | | | |
| **Michael McCarthy** **P.O. Box 187** **West Chesterfield, NH 03466** | - | | | | | | 566.37 |
| Account No. | | | Pre-paid fuel | | | | |
| **Michael Wright** **19 Chase Place** **Keene, NH 03431** | - | | | | | | Unknown |
| Account No. | | | Water | | | | |
| **Monadnock** **P.O. Box 518** **Wilton, NH 03086-0518** | - | | | | | | 44.00 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **2,048.81**

In re **Jackson Energy, LLC**             ,      Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0212** <br><br> **Monadnock Radio Group** <br> **69 Stanhope Ave.** <br> **Keene, NH 03431** | - | | Advertising | | | | 3,278.90 |
| Account No. **x-xxxx0212** <br><br> **Monadnock Radio Group** <br> **69 Stanhope Ave** <br> **Keene, NH 03431** | - | | Advertising | | | | 3,278.90 |
| Account No. **xxxx3051** <br><br> **MSC Industrial Supply Co.** <br> **Dept. Ch 0075** <br> **Palatine, IL 60055-0075** | - | | | | | | 43.56 |
| Account No. <br><br> **Natalia Kosova** <br> **114 Beaver Street, Apt.. B** <br> **Keene, NH 03431** | - | | Pre-paid fuel | | | | Unknown |
| Account No. <br><br> **Nelson School District** <br> **Nelson Elementary School** <br> **441 Granite Lake Road** <br> **Nelson, NH 03457** | - | | Pre-paid Fuel | | | | 145.67 |

Sheet no. __**20**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal           **6,747.03**
(Total of this page)

In re **Jackson Energy, LLC** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2131** | | | Membership | | | | |
| **New England Fuel Institute, Inc.** **P.O. Box 9137** **Watertown, MA 02471-9137** | - | | | | | | 50.00 |
| Account No. | | | Advertising | | | | |
| **New England Oil.com** **6B Horseshoe Lane** **Kingston, NH 03848** | - | | | | | | 312.50 |
| Account No. | | | | | | | |
| **NMFTA** **1001 North Fairfax St., Ste. 600** **Alexandria, VA 22314** | - | | | | | | 57.00 |
| Account No. | | | Pre-paid fuel | | | | |
| **Pat & Tony Scholl** **357 Thorndike Pond Road** **Jaffrey, NH 03452** | - | | | | | | 372.73 |
| Account No. | | | Pre-paid fuel | | | | |
| **Patricia Haselton** **184 Sawyer's Crossing Road** **Swanzey, NH 03446** | - | | | | | | 573.30 |

Sheet no. **21** of **33** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,365.53

In re **Jackson Energy, LLC**                                      , Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Pre-paid fuel | | | | |
| **Patti Martel** **109 Alstead Hill Road** **Gilsum, NH 03448** | | | | | | | 677.08 |
| Account No. | | - | Pre-paid fuel | | | | |
| **Peter Courchene** **87 Ingalls Road** **Jaffrey, NH 03452** | | | | | | | 776.95 |
| Account No. | | - | Pre-paid fuel | | | | |
| **Peter Lambert** **58 Gilmore Pond Road** **Jaffrey, NH 03452** | | | | | | | 453.74 |
| Account No. | | - | Pre-paid fuel | | | | |
| **Peter Wright** **19 Chase Place** **Keene, NH 03431** | | | | | | | 758.70 |
| Account No. **xxxx60LN** | | - | Postage meter | | | | |
| **Pitney Bowes** **P.O. Box 371896** **Pittsburgh, PA 15250-7896** | | | | | | | 67.80 |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,734.27**

In re **Jackson Energy, LLC**                                        ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| PJD Septic Services, LLC P.O. Box 297 Stoddard, NH 03464 | | | | | | | 122.40 |
| Account No. **xx1054** | | - | | | | | |
| Porter's Diesel Service, Inc. P.O. Box 151 Winchester, NH 03470 | | | | | | | 40.00 |
| Account No. **xxxxxxx1003** | | - | | | | | |
| Public Service of New Hampshire P.O. Box 330 Manchester, NH 03105-0330 | | | | | | | 427.00 |
| Account No. | | - | cleaning services | | | | |
| Purr-fect Window Cleaning P.O. Box 521 Chester, VT 05143 | | | | | | | 16.00 |
| Account No. | | - | Pre-paid fuel | | | | |
| Rachel Elkins 3 Houghton Point South Swanzey, NH 03446 | | | | | | | 539.03 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,144.43**

In re **Jackson Energy, LLC**                                     ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regina & Deb Wright**<br>**19 Chase Place**<br>**Keene, NH 03431** | - | | Pre-paid fuel | | | | 885.15 |
| Account No.<br><br>**Rich Woudenberg**<br>**319 Water Street**<br>**Keene, NH 03431** | - | | Pre-paid fuel | | | | 530.06 |
| Account No.<br><br>**Richard Crossman**<br>**17 Melody Lane**<br>**Keene, NH 03431** | - | | Pre-paid fuel | | | | 408.20 |
| Account No.<br><br>**Richard Crossman**<br>**17 Melody Lane**<br>**Keene, NH 03431** | - | | | | | | 408.20 |
| Account No.<br><br>**Richard Lambert**<br>**160 Proctor Street**<br>**Jaffrey, NH 03452** | - | | Pre-paid Fuel | | | | 1,020.24 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,251.85

In re **Jackson Energy, LLC** ,                                                    Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx06-17** <br><br> **RMC** <br> **400 West Cummings Park, Ste 4450** <br> **Woburn, MA 01801** | - | | | | **Notice Only** <br> **Collection agency for Adams & Fogg** | | | | **0.00** |
| Account No. <br><br> **Robert Brockman** <br> **188 Pinnacle Springs Road** <br> **Chesterfield, NH 03443** | - | | | | **Pre-paid fuel** | | | | **357.76** |
| Account No. <br><br> **Robert Graham** <br> **426 Monadnock Street** <br> **Troy, NH 03465** | - | | | | **Pre-paid fuel** | | | | **853.22** |
| Account No. <br><br> **Roger & Louise Zerba** <br> **340 Pako Avenue** <br> **Keene, NH 03431** | - | | | | **Pre-paid fuel** | | | | **145.62** |
| Account No. <br><br> **Ronald Makinen** <br> **106 Sand Hill Road** <br> **Walpole, NH 03608** | - | | | | **Pre-paid fuel** | | | | **1,812.11** |

Sheet no. __**25**__ of __**33**__ sheets attached to Schedule of                                  Subtotal                      | **3,168.71**
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

In re **Jackson Energy, LLC**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Ronnie's Meter Service, LLC** **448 Old Francestown Road** **Weare, NH 03281** | - | | | | | | | | 1,067.16 |
| Account No. | | | | | Pre-paid fuel | | | | |
| **Rose Ferranti** **90 Pleasant Street** **Marlborough, NH 03455** | - | | | | | | | | 1,024.81 |
| Account No. | | | | | Pre-paid fuel | | | | |
| **Ryan Lavoie** **222 Fox Run Road** **Stoddard, NH 03464** | - | | | | | | | | 765.34 |
| Account No. | | | | | Pre-paid fuel | | | | |
| **Shannon Tarbox** **105 Candlelight Road** **Rindge, NH 03461** | - | | | | | | | | 546.32 |
| Account No. | | | | | Pre-paid fuel | | | | |
| **Spofford Boat Sales** **1338 Route 9** **Spofford, NH 03462** | - | | | | | | | | 1,152.32 |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,555.95

In re __Jackson Energy, LLC_____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **St. Pierre Manufacturing Corp. 317 East Mountain Street Worcester, MA 01606** | - | | | | | | 438.90 |
| Account No. **Stan Edmunds 18 Edwards Street Keene, NH 03431** | - | | Pre-paid fuel | | | | 608.51 |
| Account No. xxxxxx1374 **Staples P.O. Box 415256 Boston, MA 02241-5256** | - | | Office supplies | | | | 36.99 |
| Account No. x1848 **State of New Hampshire Depart. of Agriculture, Markets & Food Concord, NH 03302-2042** | - | | | | | | 144.00 |
| Account No. **Steven Morel 54 Sugar Hill Road Swanzey, NH 03446** | - | | Pre-paid fuel | | | | Unknown |

Sheet no. __27__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,228.40

In re **Jackson Energy, LLC**                                    Case No. _____
                                        ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0723** | | | Advertising | | | | |
| SuperMedia, LLC P.O. Box 619810 Dallas, TX 75261-9810 | - | | | | | | 831.16 |
| Account No. | | | Pre-paid fuel | | | | |
| Susan Newcomer P.O. Box 199 Spofford, NH 03462 | - | | | | | | 631.30 |
| Account No. | | | Pre-paid fuel | | | | |
| Susan Winter 904 Keene Street Winchester, NH 03470 | - | | | | | | 692.53 |
| Account No. | | | Pre-paid fuel | | | | |
| Suzanne Draper 111 London Road Westmoreland, NH 03467 | - | | | | | | 908.26 |
| Account No. **xxx-xxx0194** | | | Bank charges | | | | |
| TD Bank P.O. Box 1377 Lewiston, ME 04243-1377 | - | | | | | | 70.00 |

Sheet no. __28__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,133.25

In re    **Jackson Energy, LLC**                                                    Case No. _____

_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxx48-00**  The Granite Group P.O. Box 2004 Concord, NH 03302-2004 | | - | | | | | | | 3.19 |
| Account No. **xx3574**  The Keene Sentinel P.O. Box 546 Keene, NH 03431-0546 | | - | | | Advertising | | | | 83.15 |
| Account No. **xxC005**  The Monadnock Shopper News P.O. Box 487 Keene, NH 03431-0487 | | - | | | Advertising | | | | 830.32 |
| Account No. **x1380**  Total Energy Solutions, LLC 100 International Drive, Suite 260 Portsmouth, NH 03801 | | - | | | | | | | 95,000.00 |
| Account No. **x8472**  Tower & Crocker P.O. Box 510 Jaffrey, NH 03452 | | - | | | Legal Services | | | | 200.00 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              96,116.66

In re **Jackson Energy, LLC**                                      Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pre-paid fuel | | | | |
| **Town of Chesterfield** **P.O. Box 175** **Chesterfield, NH 03443** | - | | | | | | | 2,345.50 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Town of Chesterfield** **Town Hall Annex** **Chesterfield, NH 03443** | - | | | | | | | 1,167.75 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Town of Chesterfield** **Town Offices** **P.O. Box 175** **Chesterfield, NH 03443** | - | | | | | | | 1,807.41 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Town of Chesterfield** **Friedsam Building** **P.O. Box 175** **Chesterfield, NH 03443** | - | | | | | | | 905.38 |
| Account No. | | | | Pre-paid fuel | | | | |
| **Town of Chesterfield** **Fire Department** **P.O. Box 175** **Chesterfield, NH 03443** | - | | | | | | | 1,736.16 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      7,962.20

In re **Jackson Energy, LLC**                    Case No. _____
                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| **Town of Chesterfield Library** P.O. Box 175 Chesterfield, NH 03443 | - | | | | | | **1,339.12** |
| Account No. | | | Pre-paid fuel | | | | |
| **Town of Marlow** 167 NH Route 123 Peterborough, NH 03458 | - | | | | | | **536.08** |
| Account No. | | | Pre-paid fuel | | | | |
| **Town of Nelson** 7 Nelson Common Nelson, NH 03457 | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **US Department of Energy US Energy Information Administration** Washington, DC 20585 | - | | | | | | **Unknown** |
| Account No. | | | Pre-paid fuel | | | | |
| **Wayne Goodell** 352 Old Swanzey Road Spofford, NH 03462 | - | | | | | | **383.05** |

Sheet no. __31__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **2,258.25**

In re __Jackson Energy, LLC__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pre-paid fuel | | | | |
| Westmoreland School 40 Gleve Road Westmoreland, NH 03467 | - | | | | | | 9,082.03 |
| Account No. | | | Pre-paid fuel | | | | |
| William & Sharon Goodcall 6 Crestview Street Keene, NH 03431 | - | | | | | | 389.71 |
| Account No. | | | Pre-paid fuel | | | | |
| William Dowley 28 Hurricane Road Keene, NH 03431 | - | | | | | | 404.65 |
| Account No. | | | Pre-paid fuel | | | | |
| Winifred Faulkner 105 Pearl Street Keene, NH 03431 | - | | | | | | 1,018.01 |
| Account No. | | | Pre-paid fuel | | | | |
| Wolbert, Paul 25 Eaton Road Swanzey, NH 03446 | - | | | | | | 798.03 |

Sheet no. __32__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **11,692.43**

In re __Jackson Energy, LLC_____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pre-paid fuel | | | | |
| **Zhen Feng** **195 Court Street** **Keene, NH 03431** | - | | | | | | | **496.82** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **496.82** |
| Total (Report on Summary of Schedules) | **288,000.73** |

In re    **Jackson Energy, LLC**                     ,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re    **Jackson Energy, LLC**                            ,     Case No. _____

                                       Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of New Hampshire

In re   **Jackson Energy, LLC**                          Case No. _____
                                         Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Agent appointed by Probate Court of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **45**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 30, 2011**                     Signature    **/s/ Sadie Jackson**
                                                   **Sadie Jackson**
                                                   **Agent appointed by Probate Court**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Hampshire

In re    __Jackson Energy, LLC__                   Case No. _____

                                Debtor(s)        Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Agent appointed by Probate Court of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 30, 2011__           __/s/ Sadie Jackson__
                                      __Sadie Jackson__/__Agent appointed by Probate Court__
                                      Signer/Title

Adam Wright
19 Chase Place
Keene, NH 03431

Adams & Fogg Oil Equipment Co.
309 US Route 1
Bangor, ME 04401

Alan Farrington
3 Nuhfer Drive
Columbia, CT 06237

Albert Dionne
21 Griffin Street
Keene, NH 03431

American Business Forms
7134 Brangles Road
Marriottsville, MD 21104

Annabelle Pike
P.O. Box 494
West Chesterfield, NH 03466

Barbara Croteau
88 Diane Drive
Swanzey, NH 03446

Barbara Joseph
40 Jacquith Road
Hancock, NH 03449

Brattleboro Radio Group
458 Williams Street
Brattleboro, VT 05301

BWP Distributors, Inc.
P.O. Box 18910
Newark, NJ 07191-8910

Carole Wright
52 Arch Street
Keene, NH 03431

Charles & Janet Pace
P.O. Box 426
Fitzwilliam, NH 03447

Cheryl Bagster
82 Eastern Avenue
Keene, NH 03431

Cheryl Bemis
12 Clark Circle
Keene, NH 03431

Cheryl Gallen
59 Baker's Corner Road
Marlow, NH 03456

Chesterfield Elementary School
P.O.Box 205
Chesterfield, NH 03443

Chris & Rick Watkins
63 Park Avenue
Keene, NH 03431

Chris Ruggiero
1 Merriam Road
Walpole, NH 03608

CitiBusiness Card
P.O. Box 183051
Columbus, OH 43218-3051

Computer Solutions of Keene
117 Main Street
Keene, NH 03431

Concord Hospital
250 Pleasant Street
Concord, NH 03301

Credit Watch
P.O. Box 156269
Fort Worth, TX 76155-1269

Dan & Kay Georgina
41 Douglass Street
Keene, NH 03431

Dave Martel
64 Corbin Road
Alstead, NH 03602

David & Emily Goldsmith
216 Gilsum Street
Keene, NH 03431

David Biloudeau
15 Winters Way
Rindge, NH 03461

David Crossman
1391 County Road
Walpole, NH 03608

David Smith
279 Swanzey Lake Road
Swanzey, NH 03446

Dean Erickson
26 Griffin Street
Keene, NH 03431

Debbie Chauvin
9 Split Oak Extension
Chesterfield, NH 03443

Dennis K. Burke, Inc.
248 Eastern Avenue
Chelsea, MA 02150

Deryl Ewell
389 Chapman Road
Keene, NH 03431

Diane Flagg
37 Abel Road
Rindge, NH 03461

Direct Mail
P.O. Box 5359
McAllen, TX 78502

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Donald & Segrid Finley
85 Water Street
Marlborough, NH 03455

Donald Mackey
96 North Shore Road
Spofford, NH 03462

Ed Callahan
333 Middle Winchendon Road
Rindge, NH 03461

Edward Boudreau
423 Nutting Road
Jaffrey, NH 03452

Emily Graves
135 Kennedy Drive
Keene, NH 03431

Environmental Compliance Services, Inc.
588 Silver Street
Agawam, MA 01001

Eugene Woodward
P.O. Box 383
Marlborough, NH 03455

FairPoint Communications
P.O. Box 11021
Lewiston, ME 04243-9472

First Congregational Church of Swanzey
P.O. Box 10041
Gilsum, NH 03448

First Data Services
5251 Westheimer Rd.
Houston, TX 77056-5404

First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468

FleetPride
P.O. Box 281811
Atlanta, GA 30384-1811

Florence Pardus
76 Blossom Street
Keene, NH 03431

Fran's of Keene, Inc.
P.O. Box 1058
Keene, NH 03431

Franklin Sibley
15 Hillside Acres
Walpole, NH 03608

Gena Hotaling
58 Squantum Road
Jaffrey, NH 03452-0632

George & Carol Goulet
P.O. Box 107
Chesterfield, NH 03443

George Michaeldes
18 Arch Street
Keene, NH 03431

Gilsum Congregational Church
P.O. Box 86
Gilsum, NH 03448

Gloria Ruff
12 Liberty Lane
Keene, NH 03431

Hampshire Fire Protection Co. Inc.
8 N. Wentworth Ave.
Londonderry, NH 03053

Hanspeter Weber
22 Douglass Street
Keene, NH 03431

Helen Schink
32 Prospect Street
Jaffrey, NH 03452

Ilona Kwiecien
224 Ingalls Road
Jaffrey, NH 03452

Instant Replay
P.O. Box 9
Keene, NH 03431

Jack & Claire Fabian
7 Partridgeberry Lnae
Keene, NH 03431

James Meehan
659 Marlboro Street
Keene, NH 03431

Jen English
29 Pine Ave.
Keene, NH 03431

Jim Long
77 Sullivan Street
Keene, NH 03431

Jim Michaels
55 Dickson Road
Keene, NH 03431

Joe Frigon
320 Hancock Road
Harrisville, NH 03450

John & Rita Johnson
104 Kendall Road
Keene, NH 03431

John Bates
204 Elm Street
Keene, NH 03431

John Bordanet
22 Woodbury Street
Keene, NH 03431

Jonathan Powers
100 Howard Street
Keene, NH 03431

Joseph & Sonia Sawyer
632 River Road
Walpole, NH 03608

Joyce Forcier
7 Old Homestead Highway
Keene, NH 03431

JP Noonan Transportation Inc.
P.O. Box 400
West Bridgewater, MA 02379-0400

JP&B Truck & Auto Service
5 May Ave.
Keene, NH 03431

Karen House
45 Trowbridge Road
Keene, NH 03431

Karen Nadeau
28 Thorndike Pond Road
Jaffrey, NH 03452

Karen Ogg
P.O. Box 129
Marlborough, NH 03455

Kathy & Steve Bill
69 Boxer Street
Keene, NH 03431

Keating Marlboro Street, LLC
P.O. box 341
Marlborough, NH 03455

Kenneth King
13 Worcester Street
Keene, NH 03431

Kevin Pond
16 Pine Street
Hinsdale, NH 03451

Kevin Sarringer
9 Indian Acres
Hinsdale, NH 03451

Kevin Starkey
102 Colonial Drive
Keene, NH 03431

Lindsey Ellis
30 Alstead Hill Road
Gilsum, NH 03448

Lisa & Jerrold Schucart
35 Woodridge Road
Keene, NH 03431

Loretta Anderson
221 Abel Road
Chesterfield, NH 03443

Madeline Kadle
P.O. Box 41
Keene, NH 03431

Main Street Acquisition Corp.
P.O.Box 5663
Hicksville, NY 11802-5663

Malcolm Fayer
9 Lucinda Terrace
Keene, NH 03431

Margaret Bleeker
77 Gunn Road
Keene, NH 03431

Marilyn Parroli
259 Main Street
Marlborough, NH 03455

Mark Krider
119 Fernwood Road
Stoddard, NH 03464

Marlow School District
John D. Perkins School
919 Route 10
Peterborough, NH 03458

Martin Decatur
14 Longmeadow Drive
Troy, NH 03465

Mary Kmet-Campbell
P.O. Box 293
Spofford, NH 03462

Melissa Matthews
19 Trowbridge Road
Keene, NH 03431

Merchantile Adjustment Bureau
6341 Inducon Drive East
Sanborn, NY 14132-9097

Michael Hannon
58 Woodland Heights Drive
Swanzey, NH 03446

Michael McCarthy
P.O. Box 187
West Chesterfield, NH 03466

Michael Wright
19 Chase Place
Keene, NH 03431

Monadnock
P.O. Box 518
Wilton, NH 03086-0518

Monadnock Radio Group
69 Stanhope Ave.
Keene, NH 03431

Monadnock Radio Group
69 Stanhope Ave
Keene, NH 03431

MSC Industrial Supply Co.
Dept. Ch 0075
Palatine, IL 60055-0075

Natalia Kosova
114 Beaver Street, Apt.. B
Keene, NH 03431

Nelson School District
Nelson Elementary School
441 Granite Lake Road
Nelson, NH 03457

New England Fuel Institute, Inc.
P.O. Box 9137
Watertown, MA 02471-9137

New England Oil.com
6B Horseshoe Lane
Kingston, NH 03848

NMFTA
1001 North Fairfax St., Ste. 600
Alexandria, VA 22314

Pat & Tony Scholl
357 Thorndike Pond Road
Jaffrey, NH 03452

Patricia Haselton
184 Sawyer's Crossing Road
Swanzey, NH 03446

Patti Martel
109 Alstead Hill Road
Gilsum, NH 03448

Peter Courchene
87 Ingalls Road
Jaffrey, NH 03452

Peter Lambert
58 Gilmore Pond Road
Jaffrey, NH 03452

Peter Wright
19 Chase Place
Keene, NH 03431

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

PJD Septic Services, LLC
P.O. Box 297
Stoddard, NH 03464

Porter's Diesel Service, Inc.
P.O. Box 151
Winchester, NH 03470

Public Service of New Hampshire
P.O. Box 330
Manchester, NH 03105-0330

Purr-fect Window Cleaning
P.O. Box 521
Chester, VT 05143

Rachel Elkins
3 Houghton Point South
Swanzey, NH 03446

Regina & Deb Wright
19 Chase Place
Keene, NH 03431

Rich Woudenberg
319 Water Street
Keene, NH 03431

Richard Crossman
17 Melody Lane
Keene, NH 03431

Richard Lambert
160 Proctor Street
Jaffrey, NH 03452

RMC
400 West Cummings Park, Ste 4450
Woburn, MA 01801

Robert Brockman
188 Pinnacle Springs Road
Chesterfield, NH 03443

Robert Graham
426 Monadnock Street
Troy, NH 03465

Roger & Louise Zerba
340 Pako Avenue
Keene, NH 03431

Ronald Makinen
106 Sand Hill Road
Walpole, NH 03608

Ronnie's Meter Service, LLC
448 Old Francestown Road
Weare, NH 03281

Rose Ferranti
90 Pleasant Street
Marlborough, NH 03455

Ryan Lavoie
222 Fox Run Road
Stoddard, NH 03464

Shannon Tarbox
105 Candlelight Road
Rindge, NH 03461

Spofford Boat Sales
1338 Route 9
Spofford, NH 03462

St. Pierre Manufacturing Corp.
317 East Mountain Street
Worcester, MA 01606

Stan Edmunds
18 Edwards Street
Keene, NH 03431

Staples
P.O. Box 415256
Boston, MA 02241-5256

State of New Hampshire
Depart. of Agriculture, Markets & Food
Concord, NH 03302-2042

Steven Morel
54 Sugar Hill Road
Swanzey, NH 03446

SuperMedia, LLC
P.O. Box 619810
Dallas, TX 75261-9810

Susan Newcomer
P.O. Box 199
Spofford, NH 03462

Susan Winter
904 Keene Street
Winchester, NH 03470

Suzanne Draper
111 London Road
Westmoreland, NH 03467

TD Bank
P.O. Box 1377
Lewiston, ME 04243-1377

The Granite Group
P.O. Box 2004
Concord, NH 03302-2004

The Keene Sentinel
P.O. Box 546
Keene, NH 03431-0546

The Monadnock Shopper News
P.O. Box 487
Keene, NH 03431-0487

Total Energy Solutions, LLC
100 International Drive, Suite 260
Portsmouth, NH 03801

Tower & Crocker
P.O. Box 510
Jaffrey, NH 03452

Town of Chesterfield
P.O. Box 175
Chesterfield, NH 03443

Town of Chesterfield
Town Hall Annex
Chesterfield, NH 03443

Town of Chesterfield
Town Offices
P.O. Box 175
Chesterfield, NH 03443

Town of Chesterfield
Friedsam Building
P.O. Box 175
Chesterfield, NH 03443

Town of Chesterfield
Fire Department
P.O. Box 175
Chesterfield, NH 03443

Town of Chesterfield
Library
P.O. Box 175
Chesterfield, NH 03443

Town of Marlow
167 NH Route 123
Peterborough, NH 03458

Town of Nelson
7 Nelson Common
Nelson, NH 03457

US Department of Energy
US Energy Information Administration
Washington, DC 20585

Wayne Goodell
352 Old Swanzey Road
Spofford, NH 03462

Westmoreland School
40 Gleve Road
Westmoreland, NH 03467

William & Sharon Goodcall
6 Crestview Street
Keene, NH 03431

William Dowley
28 Hurricane Road
Keene, NH 03431

Winifred Faulkner
105 Pearl Street
Keene, NH 03431

Wolbert, Paul
25 Eaton Road
Swanzey, NH 03446

Zhen Feng
195 Court Street
Keene, NH 03431

# United States Bankruptcy Court
## District of New Hampshire

In re  **Jackson Energy, LLC**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,700.00 |
| Prior to the filing of this statement I have received | $ | 4,700.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 30, 2011**

**/s/ Peter N. Tamposi**
**Peter N. Tamposi**
**The Tamposi Law Group, P.C.**
**159 Main St.**
**Nashua, NH 03060**
**603-204-5513  Fax: 603-204-5515**
**peter@thetamposilawgroup.com**

---

# United States Bankruptcy Court
## District of New Hampshire

In re    **Jackson Energy, LLC**                            ,     Case No. _____

                                         Debtor          Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 84,559.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,160.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 288,000.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 84,559.35 | | |
| Total Liabilities | | | | 290,160.73 | |

# United States Bankruptcy Court
## District of New Hampshire

In re    **Jackson Energy, LLC**                                        ,

                                     Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of New Hampshire

In re    __Jackson Energy, LLC__          Case No.

                                      Debtor(s)       Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Jackson Energy, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bradley Jackson
(deceased)
Matter pending in probate court**

☐ None [*Check if applicable*]

__June 30, 2011__                           **/s/ Peter N. Tamposi**

Date                                    **Peter N. Tamposi**

Signature of Attorney or Litigant
Counsel for    **Jackson Energy, LLC**

**The Tamposi Law Group, P.C.**
**159 Main St.**
**Nashua, NH 03060**
**603-204-5513 Fax:603-204-5515**
**peter@thetamposilawgroup.com**